NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

WESTERN MANAGEMENT, INC.,
*Plaintiff,*

and

YVONNE R. KOVACEVICH,
*Plaintiff-Appellant,*

and

ROBERT E. KOVACEVICH,
*Plaintiff-Appellant,*

v.

UNITED STATES,
*Defendant-Appellee.*

---

2010-5011

---

Appeal from the United States Court of Federal Claims in 08-CV-116, Judge Nancy Firestone.

---

## ON MOTION

---

Before MICHEL, *Chief Judge*, SCHALL, and LINN, *Circuit Judges.*

PER CURIAM.

## ORDER

The appellants move for reconsideration of the court's order dismissing their appeal as premature.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied.

FOR THE COURT

**MAY 1 9 2010**

Date

/s/ Jan Horbaly

Jan Horbaly

Clerk

cc: Robert E. Kovacevich
Yvonne R. Kovacevich
Regina S. Moriarty, Esq.

s20

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

MAY 1 9 2010

JAN HORBALY
CLERK